## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEFFREY A. HICKEL, CPA, P.C., on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AT&T, INC. and NETWORK CONNECTIONS USA, INC., | ) ) ) |
| Defendants. | ) ) |

Case No. 09 C 7907

Judge Amy J. St. Eve

Magistrate Judge Sidney Schenkier

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE ACTION

The Plaintiff, JEFFREY HICKEL, by his attorneys, moves this Court for an order dismissing this action without prejudice pursuant to Rule 41 (a)(2). In support of this motion, Plaintiff states that he has discussed this motion with the Defendants and they have no objection to the motion. Therefore, Plaintiff requests that the Court dismiss this action without prejudice, with each side to bear its own costs.

Respectfully submitted,

JEFFREY A. HICKEL, CPA, P.C., on behalf of himself and all others similarly situated, Plaintiff

By: /s/ Terrence Buehler

TOUHY, TOUHY, BUEHLER & WILLIAMS, LLP
55 West Wacker Drive
14th Floor
Chicago, Illinois 60601
Phone: (312) 372-2209
Fax: (312) 456-3838
Email: tbuehler@touhylaw.com